Petition for Writ of Mandamus Denied and Memorandum Opinion filed May
24, 2006












Petition for Writ of
Mandamus Denied and Memorandum Opinion filed May 25,  2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00452-CV

____________

 

IN RE VISITING NURSE ASSOCIATION OF HOUSTON, INC., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N








On May 18, 2006, relator Visiting Nurse Association of
Houston, Inc. filed a petition for writ of 

mandamus in this Court,[1]
requesting we compel the Honorable Jennifer W. Elrod, presiding judge of 

the 190th District
 Court of Harris County, Texas,
to vacate her order denying relator=s motion to 

disqualify opposing counsel in the underlying medical
malpractice action.  Relator has failed
to 

establish it is entitled to mandamus relief and accordingly,
we deny relator=s petition for writ of 

mandamus.  Relator
filed a motion for an emergency stay of the impending trial, which is also
denied 

as moot.                      

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed May 25, 2006.

Panel consists of Justices Anderson,
Edelman and Frost. 











[1]See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1.